```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YORDALIZA TAVERAS, Individually, and
On Behalf of All Others Similarly Situated,

                                 Plaintiff,                    **23-CV-3465 (PAE) (KHP)**

            -against-                          **ORDER ADJOURNING INITIAL**
                                                                             **CASE MANAGEMENT**
HUMBLE BRANDS, INC.,                                **CONFERENCE**

                                 Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement Dismissal filed on June 26, 2023 (doc. no 8) the Initial Case Management Conference currently scheduled for **July 17, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
                 June 26, 2023

                                                             */s/ Katharine H. Parker*
                                                             _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge